## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **JON BANGASH,** | § | **CASE NO. 16-41526-btr** |
| | § | **Chapter 11** |
| Debtor. | § | |

### ORDER CONFIRMING DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 7, 2018

CAME ON FOR CONSIDERATION BY THE COURT the *Third Amended Plan of Reorganization Dated September 7, 2018* ("Plan") filed by Jon Bangash ("Debtor"), Debtor in the above-styled and numbered case, and the Court having considered the evidence presented and the arguments of counsel and for the reasons set forth on the record confirms the Plan.  It is accordingly,

ORDERED, ADJUDGED AND DECREED that the Plan complies with section 1129 of the Bankruptcy Code, 11 U.S.C. Section 1129, including the following:

a.      <u>Section 1129(a)(1)</u>.    The Plan complies with the applicable provisions of Title 11.

b.      <u>Section 1129(a)(2)</u>.    The proponent of the Plan has complied with the applicable provisions of Title 11.

c.      <u>Section 1129(a)(3)</u>.    The Plan has been proposed in good faith and not by any means forbidden by law.

d.      <u>Section 1129(a)(4)</u>.    Any payments for services or for costs and expenses in connection with the case, or in connection with the Plan and incident to the case, have been approved by, or are subject to the approval of, this Court as reasonable.

e.    Section 1129(a)(5).    The proponent of the Plan has disclosed the identity and affiliation of any individual proposed to serve, after confirmation of the Plan, as an affiliate or successor of the Debtor, the continuation in such employment is in the best interest of the creditors and public policy, and the nature of any compensation for such insider.

f.    Section 1129(a)(6).    This provision is not applicable.

g.    Section 1129(a)(7).    With respect to each Class of impaired Claims or Interests, each holder of a Claim included in such Class (i) has accepted the Plan, or (ii) will receive or retain on account of such Claim property of value, as of the Effective Date of the Plan, that is not less than the amount such holder would receive or retain if the Debtor was liquidated under Chapter 7 of Title 11 on such date.

h.    Section 1129(a)(8).    The impaired class of unsecured creditors has voted for the Plan.

i.    Section 1129(a)(9).    The Plan provisions include the following:

1.    Holders of Allowed Administrative Claims will be paid in full.

2.    Holders of Allowed Priority Claims will be paid pursuant to Section 1129.

j.    Section 1129(a)(10).    At least one Class of impaired Claims has voted to accept the Plan, determined without the acceptance of any insider.

k.    Section 1129(a)(11). The Plan is feasible.  Confirmation of the Plan is not likely to be followed by the liquidation of, or need for further financial reorganization of, the Debtor. The Debtor has shown it has sufficient cash flow to make the payments called for by the Plan.

l.    Section 1129(a)(12).    All fees under 28 U.S.C. § 1930 have been paid or will be paid on the Effective Date.

m.    Section 1129(a)(13).    This subsection does not apply to the Debtor.

n.      Section 1129(a)(14). This subsection does not apply to the Debtor.

o.      Section 1129(a)(15). This subsection does not apply to the Debtor since no unsecured creditors objected to confirmation of the Plan.

p.      Section 1129(a)(16). This subsection does not apply to the Debtor.

ORDERED, ADJUDGED AND DECREED that the Plan is hereby confirmed; and it is further

ORDERED, ADJUDGED AND DECREED that pursuant to Section 1141(d)(5) of the Bankruptcy Code upon completion of all payments provided for in the Plan the Court, after notice and a hearing, may grant the Debtor a discharge or such other relief as provided in Section 1141(d)(5); and it is further

ORDERED, ADJUDGED AND DECREED that the Debtor shall pay the United States Trustee quarterly fees until the Clerk of the Court closes the case and shall file quarterly reports with the United States Trustee in the form required by the Office of the United States Trustee until the case is closed; and it is further

ORDERED, ADJUDGED AND DECREED that Class 2 is hereby amended as follows:

**Class 2: Allowed Secured Claims of Ad Valorem Taxing Authorities**

Class 2 shall further consist of the Allowed Secured Claims of Ad Valorem Taxing Authorities, including Carrollton-Farmers Branch ISD in the amount of $11,558.47, which Allowed Secured Claim shall receive the treatment in Class 2 of the Plan; and it is further

ORDERED, ADJUDGED AND DECREED that in the event of inconsistency between the Plan and this Order or any conflict between any term of the Plan and this Order, the terms of the Plan shall supercede this order.

Signed on 9/11/2018

SIGNED:

*Brenda T. Rhoades*          SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

APPROVED:

 /s/ Howard Marc Spector (w/permission)
(approved per email dated August 10, 2018)
Howard Marc Spector
State Bar No. 00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Attorneys for Propel Financial Services

Behrooz P. Vida
State Bar No. 20578040
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021
Attorneys for First National Bank of
Burleson

 /s/ Richard W. Ward (w/permission)
Richard W. Ward
State Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
Attorneys for John Pappas

Cristina Platon Camarata
State Bar No. 16061560
Codilis & Stawiarski, P.C.
400 N. Sam Houston Parkway East
Suite 900-A
Houston, Texas 77060
Attorneys for Deutsche Bank

Richard J. Cinclair, Jr.
State Bar No. 04251375
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
Attorneys for Guaranty Bank and Trust

The National Bank of Texas
Attn: Marsha Matcheson-Lyon
SVP/Hurst President
PO Box 54700
Hurst, Texas 76054

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 25
Dallas, TX 75230
Attorneys for Debtor

APPROVED:

_____
Howard Marc Spector
State Bar No. 00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Attorneys for Propel Financial Services

Behrooz P. Vida
State Bar No. 20578040
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021
Attorneys for First National Bank of
Burleson

_____
Cristina Platon Camarata
State Bar No. 16061560
Codilis & Stawiarski, P.C.
400 N. Sam Houston Parkway East
Suite 900-A
Houston, Texas 77060
Attorneys for Deutsche Bank

_____
Richard W. Ward
State Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
Attorneys for John Pappas

_____
Richard J. Cinclair, Jr.
State Bar No. 04251375
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
Attorneys for Guaranty Bank and Trust

_____
The National Bank of Texas
Attn: Marsha Matcheson-Lyon
SVP/Hurst President
PO Box 54700
Hurst, Texas 76054

_____

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 25
Dallas, TX 75230
Attorneys for Debtor

Order Confirming Debtor's Third Amended Plan
of Reorganization Dated September 7, 2018
Page 4

APPROVED:

_____
Howard Marc Spector
State Bar No. 00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Attorneys for Propel Financial Services

9/10/2018

_____
Behrooz P. Vida
State Bar No. 20578040
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021
Attorneys for First National Bank of
Burleson

_____
Cristina Platon Camarata
State Bar No. 16061560
Codilis & Stawiarski, P.C.
400 N. Sam Houston Parkway East
Suite 900-A
Houston, Texas 77060
Attorneys for Deutsche Bank

_____
Richard W. Ward
State Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
Attorneys for John Pappas

_____
Richard J. Cinclair, Jr.
State Bar No. 04251375
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
Attorneys for Guaranty Bank and Trust

_____
The National Bank of Texas
Attn: Marsha Matcheson-Lyon
SVP/Hurst President
PO Box 54700
Hurst, Texas 76054

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 25
Dallas, TX 75230
Attorneys for Debtor

Order Confirming Debtor's Third Amended Plan
of Reorganization Dated September 7, 2018
Page 4

APPROVED:

_____
Howard Marc Spector
State Bar No. 00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Attorneys for Propel Financial Services

_____
Behrooz P. Vida
State Bar No. 20578040
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021
Attorneys for First National Bank of
Burleson

_____
Cristina Platon Camarata
State Bar No. 16061560
Codilis & Stawiarski, P.C.
400 N. Sam Houston Parkway East
Suite 900-A
Houston, Texas 77060
Attorneys for Deutsche Bank

/s/ Richard W. Ward (w/permission
Richard W. Ward
State Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
Attorneys for John Pappas

_____
Richard J. Cinclair, Jr.
State Bar No. 04251375
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
Attorneys for Guaranty Bank and Trust

_____
The National Bank of Texas
Attn: Marsha Matcheson-Lyon
SVP/Hurst President
PO Box 54700
Hurst, Texas 76054

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 25
Dallas, TX 75230
Attorneys for Debtor

Order Confirming Debtor's Third Amended Plan
of Reorganization Dated September 7, 2018
Page 4

APPROVED:

Howard Marc Spector
State Bar No. 00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Attorneys for Propel Financial Services

Behrooz P. Vida
State Bar No. 20578040
The Vida Law Firm
3000 Central Drive
Bedford, TX 76021
Attorneys for First National Bank of
Burleson

Cristina Platon Camarata
State Bar No. 16061560
Codilis & Stawiarski, P.C.
400 N. Sam Houston Parkway East
Suite 900-A
Houston, Texas 77060
Attorneys for Deutsche Bank

Richard W. Ward
State Bar No. 20846350
6860 N. Dallas Parkway, Suite 200
Plano, TX 75024
Attorneys for John Pappas

Richard J. Cinclair, Jr.
State Bar No. 04251375
Thomas, Cinclair & Beuttenmuller
5335 Spring Valley Road
Dallas, Texas 75254
Attorneys for Guaranty Bank and Trust

The National Bank of Texas
Attn: Marsha Lyon
SVP/Hurst President
PO Box 54700
Hurst, Texas 76054-4700

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 25
Dallas, TX 75230
Attorneys for Debtor

Order Confirming Debtor's Third Amended Plan
of Reorganization Dated September 7, 2018
Page 4